UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABDUL ABDULLAH,

                    Plaintiff,

          - against -

28TH PRECINCT, ET AL.,

                    Defendants.

---

24-cv-124 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) Report by **June 26, 2024.**

SO ORDERED.

Dated:    New York, New York
          June 11, 2024

                                        John G. Koeltl
                              United States District Judge