UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABDUL H. ABDULLAH,

                Plaintiff,            24-cv-124 (JGK)

      - against -                ORDER

28TH PRECINCT, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a 26(f) Report by **July 10, 2024**.

SO ORDERED.

Dated:    New York, New York
            June 25, 2024

                                      John G. Koeltl
                                United States District Judge