USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/29/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL H. ABDULLAH,

          Plaintiff,

-against-

CITY OF NEW YORK, et al.,

          Defendants.

24-CV-124 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

This action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). All pretrial motions and applications, including those related to scheduling and discovery must be made to Judge Moses and in compliance with this Court's Individual Practices, available at https://nysd.uscourts.gov/hon-barbara-moses.

Consequently, defendants' October 24, 2024 letter-motion seeking to compel responses to their discovery requests and to extend the deadline for fact discovery (Dkt. 26) is now before Judge Moses. Judge Moses will hold a conference concerning the letter-motion on **November 7, 2024, at 11:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. Plaintiff's time to file an opposition to the letter-motion is hereby extended to **November 1, 2024**.

Defendants are directed to serve a copy of this order on the pro se plaintiff by email at timebandit211@gmail.com, or at his last known email address, and file proof of such service.

Dated: New York, New York
      October 29, 2024

                        **SO ORDERED**.

                        _____

                        **BARBARA MOSES**
                        **United States Magistrate Judge**