

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, N.Y. 10007

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**RANDY NANDLALL**
*Assistant Corporation Counsel*
Tel.: (212) 356-2356
Fax: (212) 356-3509
rnandlal@law.nyc.gov

**MEMO ENDORSED**

November 1, 2024

**VIA ECF**
Honorable Barbara Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Abdul H. Abdullah v. City of New York et al.</u>,
             24 Civ. 124 (JGK) (BCM)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, and the attorney representing defendants the City of New York, Brianna Asselta, and Robert Czaplinski ("defendants") in the above-referenced matter. Defendants write to respectfully request that the Court reschedule the November 7, 2024 conference to the morning of November 20, 2024, or any time on November 22, 2024, or another date convenient to the Court.[1] Plaintiff consents to this request and is available on the requested dates.

      By way of background, plaintiff brings this action, pursuant to 42 U.S.C. § 1983, alleging, *inter alia,* false arrest and excessive force arising from his arrest on or about June 29, 2022. See ECF No. 1. On October 24, 2024, defendants filed a motion to compel plaintiff to produce responses to their Interrogatories and Document Requests and to extend the time for discovery. See ECF No. 26. On October 29, 2024, the Court issued an Order (1) scheduling a

---

[1] The undersigned respectfully notes that he will be unavailable the week of November 11-15 on previously scheduled vacation.

conference on November 7, 2024 at 11 a.m. and (2) directing defendants to serve a copy of the Order upon plaintiff by email. See ECF No. 28.

The reason for the instant request is that I have a previously scheduled, mandatory training that overlaps with the scheduled court conference.

Accordingly, defendants respectfully request, with plaintiff's consent, that the Court reschedule the November 7, 2024 conference to the morning of November 20, 2024, or any time on November 22, 2024, or another date convenient to the Court.

Thank you for your consideration herein.

Respectfully submitted,

*/s/Randy Nandlall*
Randy Nandlall
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:   **VIA FIRST CLASS MAIL**
Abdul H. Abdullah
*Plaintiff pro se*
1350 5th Ave, Apt. No. 6B
New York, NY 10026

---

Application **GRANTED**. The conference, previously scheduled for November 7, 2024, is hereby **ADJOURNED** to **November 20, 2024, at 11:00 a.m.**

The Court, on its own motion, **EXTENDS** plaintiff's time to respond to defendants' October 24, 2024 letter-motion seeking to compel responses to written discovery requests (Dkt. 26) until **November 14, 2024**.

Defendants are directed to serve a copy of this order on the pro se plaintiff by email and file proof of such service on ECF.

**SO ORDERED.**

*[signature]*

**Barbara Moses**
**United States Magistrate Judge**
**November 4, 2024**

2