```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL H. ABDULLAH,

        Plaintiff,

-against-

CITY OF NEW YORK, et al.,

        Defendants.

24-CV-124 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On December 4, 2024, pro se plaintiff Abdul H. Abdullah sent a document directly to the undersigned Magistrate Judge via UPS. As a courtesy, the Court has posted the document to the docket of this action (*see* Dkt. 37), but reminds the plaintiff that he is required to submit all filings either electronically or "to the Pro Se Intake Unit, *not directly to chambers*." *See* Moses Ind. Prac. at 9. Documents sent directly to chambers in the future will not be acted upon.

The document submitted by plaintiff is titled:

MANDATORY JUDICIAL NOTICE
WRIT OF QUO WARRANTO WITH PROOF OF CLAIM
AND ALLODIAL FEE SCHEDULE
PRIVATE

In the document, plaintiff advises the Court: "I will accept your offer to attend your proceedings by way of special appearance. There are a few things though that need to be cleared up[.]" (Dkt. 37 at 1.) Plaintiff then poses a list of questions (for example, he wishes to be assured that he will "have a Trial by Jury and not a JURY TRIAL"); sets forth an "Allodial Fee Schedule" (reciting, for instance, that the fee for "Failure to honor Oath of Office" is $20,000); and asks the Court for "physical documentation of [its] 'Delegation of Authority,' as proof of jurisdiction[.]" (*Id.* at 2, 3.)

Plaintiff is reminded that he is the plaintiff in this action. He is here only because he affirmatively invoked this Court's federal question jurisdiction and asserted claims pursuant to 42

2

U.S.C. § 1983. (Dkt. 1 at 3.) If he now has doubts about submitting himself to the jurisdiction of this Court, he may dismiss his case by stipulation, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), or with leave of Court. *See* Fed. R. Civ. P 41(a)(2).

Plaintiff is further reminded that his written discovery responses are due by December 20, 2024. (Dkt. 33 ¶ 1.)

Defendants are directed to serve a copy of this Order on the plaintiff by email at timebandit211@gmail.com, and file proof of such service.

Dated: New York, New York
December 9, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**