UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ABDUL H. ABDULLAH,

                Plaintiff,                24 CIVIL 0124 (JGK) (BCM)

    -against-                       **JUDGMENT**

CITY OF NEW YORK, ET AL.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 28, 2022, the Court adopts the Report and Recommendation of Magistrate Judge Moses. This case is dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41(b) and 37 (b) (2) (A) (v); accordingly, the case is closed.

**Dated:** New York, New York
         July 29, 2025

                                                      **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                                  **BY:**
                                                         **Deputy Clerk**