UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————————

ABDUL H. ABDULLAH,

                         Plaintiff,

        - against -

28TH PRECINCT, ET AL.,

                         Defendants.

———————————————————————————————

                24-cv-124 (JGK)

                ORDER

JOHN G. KOELTL, District Judge:

The Court is in receipt of the pro se plaintiff's "motion to seal and/or strike improperly disclosed materials." ECF No. 57. In his motion, the plaintiff contends that his unredacted Social Security number was improperly disclosed. Any documents on the Court's docket containing the plaintiff's unredacted Social Security number should be sealed, and redacted copies of those documents should be filed, with the plaintiff's Social Security number redacted to include only the last four digits. See Fed. R. Civ. P. 5.2(a)(1).

However, none of the publicly filed documents in this case appear to contain the plaintiff's Social Security number, and the plaintiff has identified no such document in his motion. Therefore, the plaintiff is requested to identify which documents, if any, on the Court's docket he believes require sealing and redactions.

The Clerk is respectfully requested to mail a copy of this Order to the pro se plaintiff and to note mailing on the docket.

**SO ORDERED.**
**Dated:**     **New York, New York**
          **February 9, 2026**

                                  **John G. Koeltl**
                       **United States District Judge**