UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ABDUL H. ABDULLAH,                                    24-cv-124 (JGK)
                        Plaintiff,

                                                      ORDER
        - against -

CITY OF NEW YORK, ET AL.,
                        Defendants.
_____

JOHN G. KOELTL, District Judge:

On July 28, 2025, the Court dismissed this case without prejudice pursuant to Federal Rules of Civil Procedure 41(b) and 37(b)(2)(A)(v). ECF No. 53. On March 31, 2026, the pro se plaintiff filed a motion to reopen this case. ECF No. 60. The defendants may respond to the motion to reopen by **April 28, 2026.** The plaintiff may reply by **May 12, 2026.**

The Clerk is respectfully directed to mail a copy of this Order to the pro se plaintiff and to note mailing on the docket.

SO ORDERED.

Dated:    New York, New York
          April 7, 2026

                                          _____
                                              John G. Koeltl
                                          United States District Judge