UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABDUL H. ABDULLAH,

                Plaintiff,

      - against -

28TH PRECINCT, ET AL.,

            Defendants.

24-cv-124 (JGK)

**Memorandum
Opinion and Order**

---

**John G. Koeltl, District Judge:**

The plaintiff moves to reopen this case pursuant to Federal Rule of Civil Procedure 60(b). See ECF No. 60. "Federal Rule of Civil Procedure 60(b) permits a party to seek relief from a final judgment, and request reopening of his case, under a limited set of circumstances." Kemp v. United States, 596 U.S. 528, 533 (2022). "Since [Rule] 60(b) allows extraordinary judicial relief, it is invoked only upon a showing of exceptional circumstances." Nemaizer v. Baker, 793 F.2d 58, 61 (2d Cir. 1986).

The plaintiff has failed to explain how any of the grounds for a Rule 60(b) motion are satisfied in this case. This action was dismissed without prejudice after the Magistrate Judge issued a thorough Report and Recommendation explaining how the plaintiff had failed to comply with discovery obligations in this case over a seven-month period and acted in a frivolous and obstructive manner despite warnings from the Magistrate Judge. ECF No. 53. The Court overruled the plaintiff's objections, adopted the Report and Recommendation, and dismissed the case without prejudice.

See id. The plaintiff has not explained why the Magistrate Judge's Report and Recommendation or this Court's Order were erroneous in any way. Indeed, the plaintiff appears to submit irrelevant and frivolous documents in support of the current motion.

The plaintiff's motion to reopen the case is **denied**.

The Clerk is respectfully requested to close the current motion. The Clerk is also requested to mail a copy of this Order to the plaintiff and to note mailing on the docket.

**SO ORDERED.**

Dated:      **New York, New York**
             **May 13, 2026**

                               **John G. Koeltl**
                     **United States District Judge**