**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**ABDUL H. ABDULLAH,**

                              **Plaintiff,**

         **- against -**

**28TH PRECINCT, ET AL.,**

                              **Defendants.**

---

**24-cv-124 (JGK)**

<u>**Order**</u>

**John G. Koeltl, District Judge:**

On June 23, 2026, appellant Abdul H. Abdullah filed a notice of appeal in this case, as well as an application for leave to proceed <u>in forma pauperis</u> on appeal. <u>See</u> ECF No. 69.

"The decision of whether to grant a request to proceed <u>in forma pauperis</u> is left to the District Court's discretion under 28 U.S.C. § 1915. The Court's discretion is limited in that: An appeal may not be taken <u>in forma pauperis</u> if the trial court certifies in writing that is not taken in good faith." <u>Burda Bedia Inc. v. Blumenberg</u>, 731 F. Supp. 2d 321, 322-23 (S.D.N.Y. 2010) (citations and internal quotation marks omitted). The "good faith" standard is an objective one, and it is not met when a party seeks review of a frivolous claim. <u>See</u> <u>Coppedge v. United States</u>, 369 U.S. 438, 445 (1962); <u>Linden v. Harper & Row Publishers</u>, 490 F. Supp. 297, 300 (S.D.N.Y. 1980).

The appellant has failed to demonstrate that his claims have any merit. Therefore, the appellant's application to proceed <u>in forma pauperis</u> is **denied**

without prejudice to his ability to seek the same relief from the Court of Appeals. See Coppedge, 369 U.S. at 445.

The Clerk is respectfully requested to mail a copy of this Order to the appellant and to note mailing on the docket.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **June 29, 2026**

_____
               **John G. Koeltl**
        **United States District Judge**

2