**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**ABDUL H. ABDULLAH,**

                    **Plaintiff,**

          **- against -**

**28TH PRECINCT, ET AL.,**

                    **Defendants.**

---

**24-cv-124 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

On June 23, 2026, appellant Abdul H. Abdullah filed a notice of appeal in this case, as well as an application for leave to proceed in forma pauperis on appeal. See ECF No. 69.

"The decision of whether to grant a request to proceed in forma pauperis is left to the District Court's discretion under 28 U.S.C. § 1915. The Court's discretion is limited in that: An appeal may not be taken in forma pauperis if the trial court certifies in writing that is not taken in good faith." Burda Bedia Inc. v. Blumenberg, 731 F. Supp. 2d 321, 322-23 (S.D.N.Y. 2010) (citations and internal quotation marks omitted). The "good faith" standard is an objective one, and it is not met when a party seeks review of a frivolous claim. See Coppedge v. United States, 369 U.S. 438, 445 (1962); Linden v. Harper & Row Publishers, 490 F. Supp. 297, 300 (S.D.N.Y. 1980).

The appellant has failed to demonstrate that his claims have any merit. Therefore, the appellant's application to proceed in forma pauperis is **denied**

without prejudice to his ability to seek the same relief from the Court of Appeals. See Coppedge, 369 U.S. at 445.

The Clerk is respectfully requested to mail a copy of this Order to the appellant and to note mailing on the docket.

**SO ORDERED.**

**Dated:**      **New York, New York**
               **June 29, 2026**

_____

**John G. Koeltl**
**United States District Judge**

2