UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL H. ABDULLAH,

Plaintiff,

- against -

28TH PRECINCT, ET AL.,

Defendants.

24-cv-124 (JGK)

Order

**John G. Koeltl, District Judge:**

The Court is in receipt of the pro se plaintiff's motion for judicial review of disclosure of personal identifiers, for protective relief, and for sanctions if warranted and request for determination of prior privacy submission and limited protective relief. ECF Nos. 74, 75.

The Court previously issued an Order, that stated that "none of the publicly filed documents in this case appear to contain the plaintiff's Social Security number." ECF No. 59. The Court requested the plaintiff to identify which documents, if any, on the Court's docket he believed require sealing and redactions. The plaintiff did not file any responsive filing to that Order. That Order is attached here.

The plaintiff has not identified any document he believes requires sealing and redactions. The plaintiff is again requested to identify any filing or documents he asks to be sealed and redacted and to point to a specific filing.

The clerk is respectfully requested to mail a copy of this Order to the pro se plaintiff and to note mailing on the docket.

**SO ORDERED.**

**Dated:** **New York, New York**
**October 22, 2026**

**John G. Koeltl**
**United States District Judge**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**ABDUL H. ABDULLAH,**

**Plaintiff,**

**- against -**

**28TH PRECINCT, ET AL.,**

**Defendants.**

---

**24-cv-124 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

The Court is in receipt of the pro se plaintiff's "motion to seal and/or strike improperly disclosed materials." ECF No. 57. In his motion, the plaintiff contends that his unredacted Social Security number was improperly disclosed. Any documents on the Court's docket containing the plaintiff's unredacted Social Security number should be sealed, and redacted copies of those documents should be filed, with the plaintiff's Social Security number redacted to include only the last four digits. See Fed. R. Civ. P. 5.2(a)(1).

However, none of the publicly filed documents in this case appear to contain the plaintiff's Social Security number, and the plaintiff has identified no such document in his motion. Therefore, the plaintiff is requested to identify which documents, if any, on the Court's docket he believes require sealing and redactions.

The Clerk is respectfully requested to mail a copy of this Order to the pro se plaintiff and to note mailing on the docket.

**SO ORDERED.**
**Dated: New York, New York**
**February 9, 2026**

**John G. Koeltl**
**United States District Judge**